Probation Form No. 35 (1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**
**for the**
**WESTERN DISTRICT OF VIRGINIA**

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 1 1 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

Crim. No. 4:15M00004-001

Brandon Shane Saunders

On February 5, 2015, the above named was placed on probation for a period of 1 year. He has complied with the rules and regulations of probation and is no longer in need of probation. It is accordingly recommended that Brandon Shane Saunders be discharged from probation.

Respectfully submitted,

/s/ Sidney T. Edwards, Jr.

Sidney T. Edwards, Jr.
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this __10th__ day of __September__, 20__15__.

/s/ Robert S. Ballou

Honorable Robert S. Ballou
United States Magistrate Judge